UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL BERNACKE, *et al.*,<br><br>    Respondents. | Case No. 2:23-cv-01453-RFB-VCF<br><br>**ORDER** |

In order to keep confidential the identity of the petitioner in this action, the Court will further order sealed the filings at ECF Nos. 4, 5 and 6. The Clerk of the Court is directed to place under seal the filings at ECF Nos. 4, 5 and 6.

**IT IS SO ORDERED.**

DATED: September 28, 2023

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE