UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL BERNACKE, *et al.*,<br><br>  Respondents. | Case No. 2:23-cv-01453-RFB-VCF<br><br>**ORDER DISMISSING ACTION PURSUANT TO STIPULATION OF THE PARTIES**<br><br>[ECF No. 16] |

The parties have filed a Stipulation of Voluntary Dismissal, requesting that this habeas corpus action be dismissed without prejudice. ECF No. 16. Good cause appearing,

**IT IS ORDERED** that the Stipulation of Voluntary Dismissal (ECF No. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that all pending motions (ECF Nos. 9, 10, 13, 14) are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to the stipulation of the parties (ECF No. 16).

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to **CLOSE THIS CASE**.

DATED: October 23, 2023

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1